Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
316 Second Rd.
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

FILED
MAR 10 2011

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **SHAWN CALDWELL** | CV-10-6039-HA ST |
| Plaintiff, | |
| v. | ORDER FOR EAJA ATTORNEY FEES |
| **MICHAEL J. ASTRUE** Commissioner of Social Security, | |
| Defendant. | |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, the court finds that the hours expended in this case by Plaintiff's attorney are reasonable and it is hereby ordered that EAJA attorney's fees of $4,066.74 shall be awarded to Plaintiff pursuant to Astrue v. Ratliff, ___ U.S. ___ (2010). If it is determined that Plaintiff's EAJA fees and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and costs shall be made payable to Alan Stuart Graf, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees and costs shall be mailed to Plaintiff's counsel, Alan Stuart Graf, PC, 316 Second Rd., Summertown, TN 38483.

It is so ORDERED

Dated this March 10, day of 2011

United States District Judge
Magistrate

Prepared as to form
/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES-Page 2